IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| CITIBANK (SOUTH DAKOTA) N.A. | **Plaintiff** |
| v. | Case No. ~~# 04-05041~~ 3:05mc1 |
| MICHELE LYNN SCEARCE | **Defendant** |
| and | |
| SINGING RIVER HOSPITAL SYSTEM | **Garnishee-Defendant** |

### ORDER OF DISMISSAL OF GARNISHMENT WITHOUT PREJUDICE

THIS DAY this cause, having come on for hearing on the <u>ore tenus</u> motion of the Plaintiff, by and through its attorney of record, to dismiss a garnishment without prejudice issued against Singing River Hospital System. This Court does find that said Motion is well-taken and should be, and is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the garnishment issued against Singing River Hospital System should be and is hereby dismissed without prejudice.

SO ORDERED AND ADJUDGED, this ___5___ day of ___Apr___, 2007.

_____
UNITED STATES ~~DISTRICT COURT~~ Magistrate
JUDGE

PREPARED BY:

_____
John S. Simpson MSB # 8525
Michele C. Arnold MSB #10643
McKay Simpson
Lawler Franklin & Foreman, PLLC
P.O. Box 2488
Ridgeland, MS 39158-2488
(601) 572-8778

CTCUN-B0008